IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-744-FL

| | |
|---|---|
| ESTELLE SINGLETARY, on behalf of N.M.M., a minor child, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CUMBERLAND COUNTY SCHOOLS, )<br>)<br>Defendant. ) | ORDER |

Where the court has granted in part and denied in part plaintiff's motion to amend, for reasons set forth in order entered August 30, 2013, also denying without prejudice plaintiff's motion for joinder, the court turns its attention now to defendant's motion to dismiss, directed to plaintiff's original complaint. The magistrate judge makes a recommendation that in light of his decision on plaintiff's motion, defendant's motion now is moot. The court takes up that motion on its own, and DENIES as MOOT defendant's motion to dismiss lodged on the docket at entry number 5, there being no reason to delay this proceeding to allow this limited recommendation of the magistrate judge to ripen.

SO ORDERED, this the 30th day of August, 2013.

LOUISE W. FLANAGAN
United States District Judge