UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ESTELLE SINGLETARY, )<br>on behalf of N.M.M., a minor child, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CUMBERLAND COUNTY SCHOOLS, )<br>)<br>Defendant. ) | **JUDGMENT**<br>No. 5:12-CV-744-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered March 12, 2015, and March 14, 2016, and for the reasons set forth more specifically therein, that summary judgment is granted in favor of defendant as to Claim One and Claim Two and all other claims arising in this case are dismissed.

**This Judgment Filed and Entered on March 14, 2016, and Copies To:**
James G. Middlebrooks (via CM/ECF Notice of Electronic Filing)
Estelle Singletary (via U.S. Mail) 2221 Kingsberry Lane, Fayetteville, NC 28304

March 14, 2016                JULIE RICHARDS JOHNSTON, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk